**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL LYN JONES                                                                                          PLAINTIFF
ADC #105386

V.                                         NO: 5:15CV00394 JLH/PSH

NWANNEM OBI-OKOYE                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendant Nwannem Obi-Okoye's motion to dismiss is DENIED.  Document #8.

DATED this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE