**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL JONES**                                                                                               **PLAINTIFF**

v.                                           **NO. 5:15CV00394 JLH/PSH**

**DR. NWANNEM OBI-OKOYE**                                                                    **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 19th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE