IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JONES                                                                                     PLAINTIFF

V.                                        NO: 5:15CV00394 JLH/PSH

DR. NWANNEM OBI-OKOYE                                                                DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Michael Jones ("Jones"), an inmate at the Arkansas Department of Correction's Varner Unit, filed a *pro se* complaint in December 2015, along with an application for leave to proceed *in forma pauperis*. By Order dated February 1, 2016, Jones was granted *in forma pauperis* status. Docket entry no. 5.

The defendant, Dr. Nwannem Obi-Okoye ("Obi"), has now filed a motion to revoke Jones' *in forma pauperis* status. Docket entry no. 30. Obi contends the Court was unaware at the time it granted *in forma pauperis* status to Jones that he was a "three striker" within the meaning of 28

1

U.S.C. § 1915.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."   28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Jones has had three prior civil actions dismissed for failure to state a claim upon which relief may be granted.  *See Jones v. Correctional Medical Services*, ED/AR No. 1:05CV00033, *Jones v. Henry*, ED/AR No. 1:05CV00034; *Jones v. Terrell*, ED/AR No. 5:05CV00069.   The Court additionally finds, based on the allegations contained in Jones' present complaint, that he is not in imminent danger of serious physical injury.   Specifically, Jones alleges he was sent to Jefferson County Regional Hospital after passing out, and the doctor who treated him there administered a prescription drug.   When Jones returned to custody of the Arkansas Department of Correction ("ADC"), Obi changed the prescription to another drug.   Jones disagrees with Obi's decision to change the prescription.   His complaint indicates treatment is being provided, albeit a treatment option with which he does not agree.   Jones has advanced no facts to suggest he is in imminent danger of serious physical injury.

Based on the foregoing, we recommend the motion to revoke *in forma pauperis* status should be granted, and the complaint be dismissed without prejudice.   If Jones wishes to continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal,

along with a motion to reopen the case.   Upon receipt of the motion and full payment, this case should be reopened.

We also recommend the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 7th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE