IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JONES                                                                                          PLAINTIFF

V.                              NO: 5:15CV00394 JLH/PSH

DR. NWANNEM OBI-OKOYE                                                                      DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 1st day of May, 2017.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE