IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL JONES                                                                                    PLAINTIFF

V.                                    NO: 5:15CV00394 JLH/PSH

DR. NWANNEM OBI-OKOYE                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 1st day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE